CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 6 2008

JOHN F. CORCORAN, CLERK
BY:
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BERNARD RAY RICHARDSON,<br>    Petitioner, | )<br>)   Civil Action No. 7:08-cv-00336<br>) |
| v. | )   **FINAL ORDER**<br>) |
| GENE M. JOHNSON,<br>    Respondent. | )   By: Hon. James C. Turk<br>)   Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that Richardson's motion for reconsideration is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

**ENTER**: This ___16th___ day of October, 2008.

                                                /s/ James C. Turk
                                       Senior United States District Judge